# Third District Court of Appeal

## State of Florida

Opinion filed April 19, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-133
Lower Tribunal No. F01-19774
_____

**Corey O'Neal**,
Appellant,

vs.

**The State of Florida**,
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Corey O'Neal, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and HENDON and MILLER, JJ.

PER CURIAM.

Affirmed.